IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **LAND TRANSPORTATION, LLC,** | ) |
| Plaintiff, | ) |
| v. | ) CV NO. 06-525-JPG-CJP |
| **TRANSPORT REFRIGERATION SYSTEMS, INC.,** | ) |
| Defendant. | ) |

## JUDGMENT IN A CIVIL CASE

The Court having been advised by counsel for the parties that the above action has been settled;

**IT IS ORDERED AND ADJUDGED** that this case is dismissed with prejudice, without costs.

Dated: November 27, 2007

                                        **NORBERT JAWORSKI, CLERK**

                                        By:s/Deborah Agans, Deputy Clerk

**APPROVED:** s/ J. Phil Gilbert
                  **U. S. DISTRICT JUDGE**